IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 1 7 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

CRYSTAL VL RIVERS
   Plaintiff

v.

GARY M BOWMAN, VSB #28866
UNITED STATES OF AMERICA
FEDERAL BUREAU OF INVESTIGATIONS
VIRGINIA STATE POLICE
BEDFORD COUNTY VIRGINIA
CAMPBELL COUNTY
CITY OF LYNCHBURG VIRGINIA
KAREN DEER
MARYLOU PRILLIMAN
BILL TALBOTT
KEVIN HARTH
VIRGINIA BANKERS ASSOCIATION
VIRGINIA STATE CORPORATION COMMISSION
JAMES DIMITRI, COMMISSIONER RETIRED
JUDITH WILLIAMS JAGDMANN, COMMISSIONER
MARK C. CHRISTIE, COMMISSIONER
BUREAU OF FINANCIAL INSTITUTIONS – SCC
E. JOSEPH FACE, JR, COMMISSIONER
BANK OF THE JAMES FINANCIAL GROUP INC.
a/k/a BANK OF THE JAMES
ROBERT R. CHAPMAN III
SELECT BANK FINANCIAL CORP
SELECT BANK
J. MICHAEL THOMAS
T. CLAY DAVIS
T. SCOTT GARRETT, M.D.
ROBERT T BEACH
OLD DOMINION NATIONAL BANK
MARK MERRILL
CHARLES DARNELL
MARYLOU HOPKINS
KELLY POTTER
DAVID FRANZEN
UNION BANKSHARES CORPORATION
UNION BANK AND TRUST, *successor of and formerly StellarOne Bank,*
*formerly Planters Bank& Trust Company of Virginia*
STEPHEN J. EAGER
ADVANTAGE TITLE AND CLOSING LLC
JENNIFER RICHARDSON
MATT FARISS
SHANA BECK LESTER
RALPH H BECK

Civil No **6:18-CV-061**

1

S & R FARM LLC
BBOYZ LLC
SERENITY ACRES FARM LLC
TRUSTEES IN LIQUIDATION OF S&R FARM LLC
LIBERTY UNIVERSITY INC
LAURA J. WALLACE
NORTHWOOD MANAGEMENT GROUP, INC a/k/a NORTHWOOD GROUP INC.
WILLIAM L WALLIS JR
FABRIKO ACQUISITION CORPORATION a/k/a FABRIKO INC. a/k/a FABRIKO
ROBERT NITTI
SETH TWERY, VSB # 20031
LISA SCHENKEL, VSB #21521
SHERWOOD DAY, VSB #15128
FRANK W. MORRISON, VSB #07549
STEVEN R. GRANT, VSB #27178
EUSTICE – MERCHANT FORD, INC. *a/k/a* BATTLEFIELD FORD
NORTHCREEK INC.  NORTH CREEK CONSTRUCTION
DAVID EDMUNDSON
KELLY EDMUNDSON
HENRY BECK
HELGA BECK
SERENE CREEK RUN ASSOCIATION
 TRAVIS BAKER
JENNIFER BAKER
MICHAEL FRIEDMAN
LOREN FRIEDMAN
RICHARD ROGERS
BETH ROGERS
MATTHEW KRYCINSKI
SARAH KRYCINSKI
MICHAEL BRADBURY
HOWARD FREAR
BARBARA FREAR
WILLIAM FLUKER
MICHELLE FLUKER
MARGIE CALLAHAN
STATE FARM MUTUAL AUTOMOBIEL INSURANCE COMPANY
EQUINE INSURANCE SPECIALISTS, LLC
TED COUNTS REALTY GROUP AND AUCTION CO INC
AMERICAN NATIONAL BANK AND TRUST COMPANY
AMERICAN NATIONAL BANKSHARES INC
CLEMENT & WHEATLEY A PROFESSIONAL CORPORATION
                              Defendants


## **MOTION TO PERMIT PRO SE PLAINTIFF TO FILE PLEADINGS ELECTRONICALLY**

2

COMES NOW, Plaintiff, Crystal VL Rivers, Pro Se, requests the Court grant her permission to allow her to file all pleadings electronically in this Court's CM/ECF system; Pursuant to Rule 5.1(d)(3) and Rule 7.

1. Rivers filed her complaint on May 25, 2018

2. Rivers is not a licensed attorney and does not have electronic access to this Court's CM/ECF system

3. Rivers is a paralegal and is a member of PACER with access to public court records-only.

WHEREFORE; the Plaintiff, Crystal VL Rivers prays the Court grant her Motion and issue a login and a password to her to file all pleadings electronically in this Court's CM/ECF system; Pursuant to Rule 5.1(d)(3) and Rule 7.

Respectfully Submitted;

Crystal VL Rivers, Pro Se
3831 Old Forest Rd, Suite #6
Lynchburg, VA 24501
434-818-2921
riversparalegalservices@gmail.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I filed the foregoing

document with the Court. The complaint has not been served on any

Defendant.

_____
Crystal VL Rivers, Pro Se
3831 Old Forest Rd, Suite #6
Lynchburg, VA 24501
434-818-2921
riversparalegalservices@gmail.com

4