CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/29/2019
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| CRYSTAL VL RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:18-cv-00061 |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

All nondispositive pretrial motions and issues are hereby referred to United States Magistrate Judge Joel C. Hoppe pursuant to 28 U.S.C. § 636(b)(1)(A).

The Clerk shall docket this order and send a copy to the *pro se* plaintiff.

It is so ORDERED.

Entered: July 29, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge