AT LYNCHBURG, VA
FILED
AUG 0 9 2019
JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:18CV00061

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Advantage Title & Closing Co LLC
was received by me on *(date)* August 7, 2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jennifer Richardson , who is
designated by law to accept service of process on behalf of *(name of organization)*
~~Advantage Tiutle & Closing Co LLC~~ on *(date)* August 7 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: August 7 2019        *Kristen Tascone* (signature)
                            *Server's signature*

                            ~~Kristen Tascone/Process Server~~
                            *Printed name and title*

                            242 Aslem Dr
                            Lynchburg VA 24504
                            *Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 6:18CV00061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bank of the James,
was received by me on *(date)* August 7, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gayle Lilly (secretary) , who is
designated by law to accept service of process on behalf of *(name of organization)*
Eric Sorenson counsel for Bank of the James on *(date)* August 7, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 7, 2019

*Server's signature*

Kristen Tascone/Process Server
*Printed name and title*

242 Anslem Dr
Lynchburg VA 24504
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 6:18CV00061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Robert Chapman**
was received by me on *(date)* **August 7, 2019** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Gayle Little receptionist for Eric Sorenson** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**Bank of the James** on *(date)* **August 7, 2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **August 7, 2019**

*Server's signature*

~~Kristen Tascone~~ **Process Server**
*Printed name and title*

**242 Anslem Dr
Lynchburg VA 24504**

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 6:18CV00061

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jennifer Richardson
was received by me on *(date)* August 7, 2019 .

☒ I personally served the summons on the individual at *(place)* 828 Main St 15th FL Lynchburg VA 24504 on *(date)* August 7, 2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 7, 2019

*Server's signature*

Kristen Tascone/ Process Server
*Printed name and title*

242 Anslem Dr
Lynchburg VA 24504

*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 6:18CV00061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Select Bank Financial Corp</u>
was received by me on *(date)* <u>August 7 2019</u> .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Zoraida Fender/Bank officer</u> , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
<u>Select Bank Financial Corp</u> on *(date)* <u>August 7 2019</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 7 2019        _____
                                *Server's signature*

                          Kristen Tascone/Process Server
                          _____
                                *Printed name and title*

                          242 Anslem Dr
                          Lynchburg VA 24504
                          _____
                                *Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 6:18CV00061

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Laura Wallace

was received by me on *(date)* August 7, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David M Corry , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_Laura Wallace (by permission verbally)_ on *(date)* August 7, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 7, 2019

_[signature]_
*Server's signature*

Kristen Tascone Process Server
*Printed name and title*

242 Anslem Dr
Lynchburg VA 24504
*Server's address*

Additional information regarding attempted service, etc: