IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

08/13/2019
JULIA C. DUDLEY, CLERK
BY:    s/ F. COLEMAN
DEPUTY CLERK

CRYSTAL VL RIVERS,     )
           )
  Plaintiff,     )
           )
v.          )  Civil Action No. 6:18-cv-00061
           )
UNITED STATES OF AMERICA, *et al.*, )  By: Elizabeth K. Dillon
           )    United States District Judge
  Defendants.    )

## ORDER

It is ORDERED that all dispositive motions in this case shall be and hereby are REFERRED to United States Magistrate Judge Joel C. Hoppe pursuant to 28 U.S.C. § 636(b)(1)(B).  Judge Hoppe is directed to conduct such proceedings as will enable him to submit to this court proposed findings of fact, conclusions of law, and a recommended disposition of any pending dispositive motion.

The Clerk shall docket this order and send a copy to the *pro se* plaintiff.

It is so ORDERED.

Entered: August 13, 2019.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge