September 8, 2019

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 0 9 2019
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

PETTY, LIVINGSTON, DAWSON & RICHARDS
925 Main St, Suite 300 Lynchburg VA 24504
PO Box 1080, Lynchburg VA 24505

RE: **Crystal VL Rivers v United States et al   /   Case No 6:18-cv-00061**

Dear Mr. Mooney

I received your letter of offer attempting to negotiate with me, dated September 3, 2019 on September 3, 2019. It appears that you filed the letter electronically on September 3, 2019, along with the very motions you offered to not file for 21 days. Because you have reneged on the offer, the clients offer and your letter are null and void, non-binding and are of no legal effect.

While I would consider a realistic offer of the consideration owed to me to remove the cloud on portions of the property, I will not entertain any further frivolous offers from your clients.

With kind regards,

[signature]

Crystal VL Rivers, Pro Se
3831 Old Forest Rd, Suite 6
Lynchburg VA 24501
434-818-2921
riversparalegalservices@gmail.com

cc./Clerk of the Court

June 5, 2019

Shana Beck Lester
Serenity Acres Farm LLC
S&R Farms
2069 Everett Rd, Forest VA 24551

Ralph Beck
BBoyz LLC aka BBoys LLC
S&R Farms
5040 Cottontown Rd, Forest VA 24551

Christy B West and Judy S Wills
4988 Cottontown Rd
Forest VA 24551

RE: **4988 COTTONTOWN RD, A PORTION OF TAX MAP 99-3-1**
**DEMAND NOTICE**

Dear Shana and Ralph, BBoyz LLC, BBoys LLC, Serenity Acres Farm LLC, S&R Farm LLC, Christy West and Judy Wills,

As you are aware, there is a cloud on the property referenced in the above subject line. CVLR Performance Horses dba or myself, as the owner of interest in the contract, have not been paid consideration. You were party to the sale and conveyance of the property on or about May 6, 2019. The property was sold without obtaining a release from myself or removal from the Bedford County Circuit Court. I was not notified, or paid consideration for the release of the property and I have not assigned my contract interest on the property. If you wish to settle the matter you will need to have your lawyer contact me within the next week.

You have been provided with a copy of: (i) the Deed dated April 23, 2019, that was not prepared and describe incompletely; (ii) a copy of the September 5, 2016 Demand Note; (iii) a Bedford County Index List indicating CVLR Performance Horses cloud on the property and describing the Option to Purchase and First Right of Refusal; (iv) a copy of the most recent Memorandum of Lis Pendens recorded as Instrument No 180005258 in the Circuit and Federal Court; (v) the April 19, 2016 General Affidavit, Instrument No 160003231, including Exhibits A and B; the February 16, 2016 Notice to exercise and purchase the property recorded with the Bedford County Circuit Court and a copy of the Option to Purchase and First Right of Refusal Agreement signed by Shana Lester (Beck) for S&R Farm LLC, recorded in the Bedford County Circuit Court as Instrument No 070006380; (vi) a copy of the August 30, 2017 notice to Realtor Frank Launderee; (vii) a copy of the September 8, 2018 Notice to Ralph Beck; (viii) a copy of the MLS Agent Detail Report as of 10/9/17 indicating a Cloud on the Title on the listing property #306862; (ix)

September 5, 2016

Shana Beck Lester
Serenity Acres Farm LLC
S&R Farms
2069 Everett Rd, Forest VA 24551

Ralph Beck
BBoyz LLC aka BBoys LLC
S&R Farms
5040 Cottontown Rd, Forest VA 24551

## DEMAND NOTICE

Dear Shana and Ralph, BBoyz, BBoys, Serenity Acres Farm, and S&R,

You were both provided with the April 24, 2007 S&R to CVLR Option to Purchase and First Right of Refusal, the January 28, 2016 Cease and Desist Demand letter, the February 16, 2016 Notice to Purchase the property listed in the S&R to CVLR Option and First Right of Refusal, Instrument #070006380 which referenced remaining S&R Farms land named in Instrument #030024202 recorded with the Bedford County Clerk of the Court.

I demand that you provide me with the complete accounting of the sales, profits earned, liens, closing documents, HUD statements, notices to all SCR homeowners, contract agreements, releases from CVLR and S&R, upgrades of each and every acre of the remaining S&R Farms land including any structures or homes built since April 24, 2007 including each one of the remaining 17 SCR lots, the riding center, the amenities parcel and all raw land, no later than September 24, 2016 so that we can proceed with a complete walk through and set up the closing of the property within 90 days after the accounting and legalize are complete.

TIME IS OF THE ESSENCE.

I remain yours truly,

Crystal VL Rivers
CVLR Performance Horses
540-816-9905
serenecreekrun@aol.com

Enc/ 4
Cc/Serene Creek Run Association (HOA)

Land:1/4/1993 to 3/24/2016
Marriages:1/1/1923 to 2/25/2016
UCCs:11/28/1984 to 2/19/2016
Judgments:1/4/1988 to 3/24/2016
Wills:1/1/1991 to 3/24/2016
Civil:12/5/1997 to 1/4/2013
Criminal:1/2/1999 to 1/10/2013
General Misc:1/1/1990 to 2/29/2016
Bonds:1/3/1967 to 3/24/2016

Search Critieria
All Indexes
 Name Search - Business : cvlr

*+ Instrument is a correction of a previously recorded instrument   - Instrument has been corrected*

---

1   +

Business Name/Last Name   CVLR PERFORMANCE HORSES (Land)
   Series         E-Grantee
   Instrument #   070006380
   Type         OP
   Recorded     04/24/2007
   Reverse Party  CRYSTAL VL RIVERS
   Description   OPTION TO PURCHASE & FIRST RIGHT OF REFUSAL

# NOTICE

On this 16th day of February, 2016, CVLR PERFORMANCE HORSES, does hereby give proper NOTICE to S&R Farms LLC and its members and managers Ralph Beck and Shana Beck Lester, to purchase the property listed in the S&R Farms LLC to CVLR Performance Horses Option and First Right of Refusal Document #070006380 complying with the terms of the Option and First Right of Refusal

This Notice shall be deemed effective upon delivery

Time and place of closing shall be decided by the Purchaser

Time is to be regarded as of the essence

_____
Crystal VL Rivers, Owner
For/by: CVLR PERFORMANCE HORSES

COMMONWEALTH OF VIRGINIA
CITY OF LYNCHBURG

I, Jessica J Creamer, a Notary Public in and for the City of Lynchburg, in the Commonwealth of Virginia, do certify that Crystal VL Rivers, whose signature appears above, has acknowledged the same before me this 16th day of February, 2016

My commission expires 3/31/18

Jessica J Creamer
Notary Public

Notary Reg No 295118

070006380

## OPTION TO PURCHASE AND FIRST RIGHT OF REFUSAL AGREEMENT

Prepared by: Crystal VL Rivers

This OPTION TO PURCHASE AND FIRST RIGHT OF REFUSAL AGREEMENT is made between Shana Beck, herein known as the seller (50 % owner of S&R Farm, LLC) and Crystal VL Rivers, owner and founder of CVLR Performance Horses, herein known as the potential buyer, on this _4th_ day of April, 2007.

Seller agrees to convey and sell any/all remaining property of S&R Farm LLC, specifically, INST #030024202 T.M. #99-3-1 +/- 63.92 AC and #99-A-28 +/- 74.4 AC, which is situated either in part or whole, next to, around, and beyond, the residence of Ralph Beck (T.M. #99-3-3 +/- 18.35 AC).

The agreed amount per acre will be fifteen thousand dollars ($15,000.00).

This agreement is made in good faith and judgement between both Shana Beck (owner) and Crystal VL Rivers (potential buyer) for the Option to Purchase and have the First Right of Refusal to purchase the above described property.

This agreement will and shall be binding from today's date until up to two years after the parcels, in fact, become available, to the seller to sell for whatever reason.

One attachment.

_____
Crystal VL Rivers, Owner
For/by: CVLR Performance Horses

_____
Shana Beck, Director
For/by: S & R Farm, LLC

City/County of Bedford
Commonwealth of Virginia
The foregoing instrument was acknowledged before me this 24th day of April 2007 by Crystal VL Rivers and Shana Beck.
Notary Public _____ as Owner and Director
My commission expires: April 30, 2010