CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 09 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

September 9, 2019

US Department of Justice
United States Attorney
Western District of Virginia
310 First St, SW Room 906
Roanoke Virginia 24011

RE: **Crystal VL Rivers v United States et al / Case No 6:18-cv-00061**

Dear Mr. T. Cullen,

I received your letter dated September 4, 2019 on September 7, 2019. Attached **as Exhibit 1**. You advised me that I failed to effect proper service of process under the Fed. Rules of Civ. Procedure on the FBI and the IRS.

Fed. Rule of Civ. Procedure 4(i) sets forth the requirements for serving the United States and its agencies, corporations, officers, or employees, and Rule 4(i)(2) specifies how to perfect service on a federal agency. I have complied with these requirements to effect proper service under the Fed. Rules of Civ. Procedure. Rule 4(1) specifies the manner in which service must be proved. I have consulted these rules and provided copy as **Exhibit 1A** in this letter so that you can take the necessary steps to respond to the deficiencies in this case.

Pursuant to Rule 4:

(i) *United States.* To serve the United States, a party must: (A) (i) deliver a copy of the summons and of the complaint to the United States attorney[1] for the district where the action is brought[2]— or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing[3] filed with the court clerk – **or,** (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office: (B) send a copy of **each by registered or certified mail to the Attorney General of the United States at Washington, DC**[4]; and (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency of officer.

---

[1] Thomas Cullen is the United States Attorney for the Western District of Virginia with offices located at 310 First St, SW, Room 906, Roanoke VA 24011

[2] The action 6:18-cv-00061 was originally brought in Roanoke and moved to Lynchburg which is also located in the Western District of Virginia. There is no United States Attorney office located in Lynchburg Virginia.

[3] The Designation of Civil Process Clerks for the Western District of Virginia was provided and dated October 24, 2018 signed by Thomas T. Cullen pursuant to Rule 4(i)(1)(A)(i) of the Fed. Rules of Civ. Procedure designating clerical employees Michele Sierra-Davis, Nancy Withers, Christine Nicklas, as Civil Process Clerks for the Roanoke Office, for purposes of accepting service of process on behalf of the United States Attorney for the Western District of Virginia. Angie Taylor, Annette Cox, and Katie Brown as Clerks for the Charlottesville Office. **Exhibit 6**

[4] Copies of each complaint and summons for each Defendant, the United States of America, the FBI, the IRS and Special Agents for the Criminal Division of the IRS, were mailed to the office of William Barr, United States

(2) *Agency; Corporation: Officer of Employee Sued in an Official Capacity.* **To serve a United States agency or corporation[5], or a United States officer or employee sued only in an official capacity, a party must serve the United States[6] and also send a copy of the summons and of the complaint by registered or certified mail to the agency[7], corporation, officer or employee.**

(3) *Officer or Employee Sued Individually.* **To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States[8] and also serve the officer or employee under Rule 4(e), (f), or (g).** [9]

**(4)** *Extending Time.* **The court must allow a party a reasonable time to cure its failure to (A) serve a person required to be served under Rule 4(i)(2), if the party has served either the Untied States attorney or the attorney General of the United States; (B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee**

On July 30, 2019; I also received a letter from your office informing me that with very limited exceptions, your office has a policy of not communicating by telephone with parties that appear pro se. All communications in the case should be through court pleadings at least until the court has ruled on our motions to dismiss. **Attached as Exhibit 5**.

Although I appreciate your policies, I would hope you could make an exception and explain to me or the court exactly why you believe you have not been served. I will be asking the Magistrate to find that either you have or you haven't been served properly, time is of the essence as I have until September to complete service upon defendants and I find that it would be only a waste of the Courts time to hear a motion on service that you have obviously received in the US Department of Justice and the US Attorney Office by qualified designated employees. If I have to request the Clerk for additional summons to be prepared, I will but I believe that service on the United States Attorney General William Barr, on the offices of the FBI and IRS and on your office is sufficient. The only other possible step I can see forward to correct the service is to serve a additional summons and complaint on the current Director of the Federal Bureau of Investigations (FBI), Christopher Wray at his office in Washington DC and the current Commissioner of the Internal Revenue Service (IRS), Charles Rettig[10], at his office in

---

Attorney General as well as served upon the United States of America by serving Attorney General Barr, US Dept. of Justice at 950 Pennsylvania Ave, NW Washington DC 20530 on July 23, 2019. **Exhibit 3**

[5] Defendants FBI and the IRS are agencies of the United States of America that employee Defendants Special Agent Karen Deer and MaryLou Prilliman

[6] The United States was served at 950 Pennsylvania Ave and at the office of T. Cullen and the summons excepted by Christine Nicholas on 7/15/19 for the United States of America / US Attorney. **Exhibit 4**

[7] Copies of the complaints and summons were mailed to both the FBI and the IRS

[8] The United States was served upon by serving the Attorney General Barr, US Dept. of Justice at 950 Pennsylvania Ave, NW Washington DC 20530 on July 23, 2019 and on July 15, 2019 by serving the designated Clerical Employee, Christine Nicholas, on behalf of the United States of America and the US Attorney for the Western District of Virginia at 310 First St, SW Room 906, Roanoke VA 24011. **Exhibit 4**

[9] Each Defendant employed by any agency of the United States was served at the office of the United States of America with a copy of the complaint sent to the agency that employs them; the complaint was also served upon the United States of America at 950 Pennsylvania Ave, to US Attorney General, William Barr.

[10] A *general* requirement not found in Rule 4. **Exhibit 7**

Washington DC, which have been mailed to them and served upon both to your office and to the attorney general and possibly an additional summons on T. Cullen, United States Attorney for the Western District of Virginia.

If you feel that your office does not have to communicate with me as a *Pro Se* litigant with civil claims against defendants that you represent then I would remind you that I am also a crime victim with claims against the government and the agencies for violating my civil rights under the Crime Victim Rights Act. As you are aware, I have filed my motion for an emergency enforcement of my rights under the Act and the Court will not address it until you file your notice of counsel - attorney in fact. If you feel that your Roanoke office cannot provide me with a prosecutor and an advocate, (Al Smith) to speak with me, as a crime victim since 2009, about the status of the investigation and come to a resolution of how I may be made whole, and how the restitution for myself and the other victims is to come to fruition (whether you obtain an indictment or not) in the federal (criminal) investigation of John L Wynne and others, then it will have to be heard in the Courts for both issues, civil and criminal against the victims by negligence and violations of the Crime Victim Rights Act.

The Government has broken the law and owes me a prosecutor and an advocate to prosecute the crimes committed upon me and my company under the US Criminal Code and to make whole and pay me the restitution I deserve.

Respectfully,

Crystal VL Rivers, Pro Se

cc./Victims – Does
    Clerk of the Court



**U. S. Department of Justice**

*United States Attorney*
*Western District of Virginia*

*Thomas T. Cullen*
*United States Attorney*

*Street Address (overnight mail)*
*310 First Street, SW, Room 906*
*Roanoke, Virginia 24011*

*Mailing Address*
*P. O. Box 1709*
*Roanoke, Virginia 24008-1709*
*Telephone: 540-857-2250*
*Fax: 540-857-2614*

September 4, 2019

Crystal VL Rivers
3831 Old Forest Road
Suite 6
Lynchburg, VA 24501

Re: *Crystal VL Rivers v. United States, et al*
Case No. 6:18-cv-00061

Dear Ms. Rivers:

We write for the limited purpose of advising you that you have failed to effect proper service of process under the Federal Rules of Civil Procedure on the Federal Bureau of Investigation and the Internal Revenue Service. This letter should in no way be considered or construed to be an appearance in this case and is intended solely to advise you of the deficiency in service, refer you to the statute, which sets forth the requirements for service, and provide you with an opportunity to correct any service deficiencies. We are doing this for the limited purpose of avoiding time consuming motions to dismiss based on a failure to effect proper service in this case. Please consult this statute so that you can take the necessary steps to correct the service deficiencies in this case.

Federal Rule of Civil Procedure 4(i) sets forth the requirements for serving the United States and its agencies, corporations, officers, or employees, and Rule 4(i)(2) specifies how to perfect service on a federal agency. You must comply with these requirements to effect proper service under the Federal Rules of Civil Procedure. Federal Rule of Civil Procedure 4(l) specifies the manner in which service must be proved. Please consult these rules so that you can take the necessary steps to correct the service deficiencies in this case.

**Exhibit** 1

Very truly yours,

THOMAS T. CULLEN
United States Attorney

*Sara Bugbee Winn*

Sara Bugbee Winn
Assistant United States Attorney

SBW/csn
cc: Clerk of Court

Exhibit_____

courts of general jurisdiction of the state where service is made. A minor or an incompetent person who is not within any judicial district of the United States must be served in the manner prescribed by Rule 4(f)(2)(A), (f)(2)(B), or (f)(3).

(h) SERVING A CORPORATION, PARTNERSHIP, OR ASSOCIATION. Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:

(1) in a judicial district of the United States:

(A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or

(B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant; or

(2) at a place not within any judicial district of the United States, in any manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i).

(i) SERVING THE UNITED STATES AND ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES.

(1) *United States*. To serve the United States, a party must:

(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or

(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

(C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity*. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

(3) *Officer or Employee Sued Individually*. To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

(4) *Extending Time*. The court must allow a party a reasonable time to cure its failure to:

(A) serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States; or

**Exhibit** 1A

(B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

(j) SERVING A FOREIGN, STATE, OR LOCAL GOVERNMENT.

(1) *Foreign State.* A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. §1608.

(2) *State or Local Government.* A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:

(A) delivering a copy of the summons and of the complaint to its chief executive officer; or

(B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.

(k) TERRITORIAL LIMITS OF EFFECTIVE SERVICE.

(1) *In General.* Serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant:

(A) who is subject to the jurisdiction of a court of general jurisdiction in the state where the district court is located;

(B) who is a party joined under Rule 14 or 19 and is served within a judicial district of the United States and not more than 100 miles from where the summons was issued; or

(C) when authorized by a federal statute.

(2) *Federal Claim Outside State-Court Jurisdiction.* For a claim that arises under federal law, serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant if:

(A) the defendant is not subject to jurisdiction in any state's courts of general jurisdiction; and

(B) exercising jurisdiction is consistent with the United States Constitution and laws.

(*l*) PROVING SERVICE.

(1) *Affidavit Required.* Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit.

(2) *Service Outside the United States.* Service not within any judicial district of the United States must be proved as follows:

(A) if made under Rule 4(f)(1), as provided in the applicable treaty or convention; or

(B) if made under Rule 4(f)(2) or (f)(3), by a receipt signed by the addressee, or by other evidence satisfying the court that the summons and complaint were delivered to the addressee.

(3) *Validity of Service; Amending Proof.* Failure to prove service does not affect the validity of service. The court may permit proof of service to be amended.

(m) TIME LIMIT FOR SERVICE. If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia
Lynchburg Division

CRYSTAL VL RIVERS
*Plaintiff*

v.

UNITED STATES OF AMERICA et al
*Defendant*

Civil Action No. 6:18-CV-061

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
UNITED STATES OF AMERICA
C/O ATTORNEY GENERAL BARR
US DEPT. OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

434.818.2921
CRYSTAL VL RIVERS
3831 OLD FOREST RD
SUITE 6
LYNCHBURG VA 24501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/19/19

Fay Coleman
*Signature of Clerk or Deputy Clerk*

**Exhibit 3**

# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Western District of Virginia, Lynchburg Division**

**Crystal VL Rivers**

Plaintiff(s),

vs.

**United States of America, et al.**

Defendant(s).

Attorney: NONE

Crystal VL Rivers
3831 Old Forest Road Suite 6
Lynchburg VA 24501

*244394*

**Case Number: 6:18-CV-061**

Legal documents received by Same Day Process Service, Inc. on **07/23/2019 at 6:25 PM** to be served upon **United States of America, by serving Attorney General Barr, US Department of Justice , at 950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **July 24, 2019 at 3:42 PM**, I did the following:

Served **United States of America, by serving Attorney General Barr, US Department of Justice** , a government agency by delivering a conformed copy of this **Summons in a Civil Action, Amended Complaint, Certification, Emergency Motion for Inclusion and Enforcement of Crime Victim's Rights Act, 18 U.S.C., Section 3771, Certification of Emergency, Complaint** to **Jamia Williams** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 33 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:244394

District of Columbia: SS
Subscribed and Sworn to before me
this 25th day of July 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

**Exhibit_____**

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia
Lynchburg Division

CRYSTAL VL RIVERS
*Plaintiff*
v.
UNITED STATES OF AMERICA ET AL.
*Defendant*

Civil Action No. 6:18-CV-061

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
UNITED STATES OF AMERICA
C/O OFFICE OF US ATTORNEY OFFICE
310 1ST ST, SW ROOM 906
ROANOKE VA 24011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

434.818.2921

CRYSTAL VL RIVERS
3831 OLD FOREST RD
LYNCHBURG, VA 24501

~~If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.~~
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/15/19

Fay Coleman
*Signature of Clerk or Deputy Clerk*

**Exhibit** 4

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 2 9 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

Civil Action No. 6:18CV00061

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA was received by me on *(date)* 7/15/19.

☐ I personally served the summons on the individual at *(place)* ________________ on *(date)* __________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

TITLE: ☒ I served the summons on *(name of individual)* CHRISTINE NICKLAS, who is designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES OF AMERICA, U.S. ATTORNEY on *(date)* 7/15/19; or

☐ I returned the summons unexecuted because ________________; or

☐ Other *(specify)*: ________________

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/15/19

[signature: Keith A. Roberts]
*Server's signature*

Kenneth A. Roberts
*Printed name and title*

128 Willow Oak Terrace #4
*Server's address*
Forest, VA. 24551

Additional information regarding attempted service, etc:

**Exhibit______**



**U. S. Department of Justice**

*United States Attorney*
*Western District of Virginia*

*Sara Bugbee Winn*
*Assistant United States Attorney*

*Street Address (overnight mail)*
*310 First Street, SW, Room 906*
*Roanoke, Virginia 24011*

*Mailing Address*
*P. O. Box 1709*
*Roanoke, Virginia 24008-1709*
*Telephone: 540-857-2250*
*Fax: 540-857-2614*

July 30, 2019

Crystal VL Rivers
3831 Old Forest Road
Suite 6
Lynchburg, VA 24501

Re:   *Crystal VL Rivers v. United States, et al*
      Case No. 6: 18-cv-00061

Dear Ms. Rivers:

We write in response to your phone call to this office and voicemail on July 29, 2019, requesting to know why service of process in the above-referenced case does not comply with Federal Rule of Civil Procedure 4(i) as we stated in our letter to you dated July 22, 2019. We cannot provide legal advice to you about how Federal Rule of Civil Procedure 4(i) should be interpreted but we take the position that both process and service of process are insufficient at this point.

In addition, I am aware that you called again today and requested that our office waive service. We are not willing to waive service of process as required by Federal Rule of Civil Procedure 4(i) for any defendant, and reserve the right to file a motion to dismiss for insufficient process under Federal Rule of Civil Procedure 12(b)(4), and insufficient service of process under Federal Rule of Civil Procedure 12(b)(5).

Finally, we would like to inform you that, with very limited exceptions, we have a policy of not communicating by telephone with parties that appear *pro se*. All communications in the case should be through court pleadings at least until the court has ruled on our motions to dismiss. Thank you for your complying with this policy.

**Exhibit** 5

Very truly yours,

THOMAS T. CULLEN
United States Attorney


Sara Bugbee Winn
Assistant United States Attorney

SBW/csn

**Exhibit_____**



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
***

**IN THE MATTER OF: DESIGNATION OF CIVIL PROCESS CLERKS**

Comes now the undersigned, pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure, and designates the following clerical employees as Civil Process Clerks for purposes of accepting service of process on behalf of the United States Attorney for the Western District of Virginia.

**Roanoke Office:**

Michele Sierra-Davis - Primary
Nancy Withers - Alternate
Christine Nicklas – Alternate

**Charlottesville Office:**

Angie Taylor - Primary
Annette Cox - Alternate
Katie Brown - Alternate

These designations shall remain in effect until further notice is filed with this Court.

Respectfully submitted,

Dated: Oct. 24, 2018

THOMAS T. CULLEN
United States Attorney

**Exhibit** 6

copy of the **WAIVER OF THE SERVICE OF SUMMONS** (Form AO 399) and a self-addressed return envelope. The notice and waiver forms are available on the Court's website under the AO National Forms link. If the defendant waives service by signing and returning to you the **WAIVER OF THE SERVICE OF SUMMONS** form, you must file the original, signed waiver form with the Court, and the action shall proceed. If the defendant does not waive service, you must accomplish **SERVICE OF PROCESS** on him or her. See Rule 4(d) of the Federal Rules of Civil Procedure for more information.

If the United States is being sued (and its agencies, corporations, or officers) or a state, local, or foreign government, you **CANNOT** use this request for waiver procedure and must accomplish **SERVICE OF PROCESS** by appropriate means.

b. **SERVICE OF PROCESS**

Accomplishing **SERVICE OF PROCESS** involves serving a copy of the original **COMPLAINT** and a **SUMMONS** on each defendant.

A **SUMMONS** is a document used to notify the defendant of the commencement of the lawsuit and the requirement to appear and answer. The summons must be directed to the defendant and contain the name of the Court, the names of the parties, the name and address of the plaintiff's attorney or the *pro se* plaintiff, and the time within which the rules require the defendant to answer the complaint. You must complete a separate summons for each defendant and present the summons to the Clerk's Office. A deputy clerk will issue the summons by signing and placing the Court's seal on each summons.

If a defendant has not returned a signed "waiver of service of summons" OR the government (federal, state, local, or foreign) is being sued, the original **SUMMONS** issued by the Clerk's Office and a copy of the **COMPLAINT** must be served upon each defendant.

Generally, if you are suing the United States Government, you must serve an original **SUMMONS** and a copy of the **COMPLAINT** on three separate parties: (1) the head of the federal agency you are suing; (2) the United States Attorney for the district; and (3) the United States Attorney General in Washington, D.C.

You can accomplish service of process by having a "disinterested" (non-party) person who is over the age of eighteen hand deliver copies of the summons and complaint to each of the defendants. When using this method of making service of process, the server must complete the Return of Service information on the original summons, and send it to the Court. If the Return of Service is returned to you, you will need to file the original with the Clerk's Office. See Rule 4 of the Federal Rules of Civil Procedure for more information.

**Exhibit** 7