# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**CRYSTAL VL RIVERS,**

    Plaintiff,

v.                           **Civil Action No. 6:18CV00061**

**UNITED STATES OF AMERICA, ET AL.,**

    Defendants.

## NOTICE

This case is before the Court pursuant to Defendants Shana Beck Lester and Serenity Acres Farm, LLC's Motion to Dismiss filed September 9, 2019. The Court will give Plaintiff twenty-one (21) days from the date of this Notice to submit any further counter-affidavits or other relevant evidence contradicting, explaining or avoiding Defendants' evidence. Both sides are advised that if documents or affidavits outside the pleadings are submitted by either party, any remaining motion(s) to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure may be considered as motion(s) for summary judgment under Rule 56 of the Federal Rules of Federal Civil Procedure.

If Plaintiff does not respond to Defendants' pleadings, the Court will assume that Plaintiff has lost interest in the case, and/or that Plaintiff agrees with what the Defendants state in their responsive pleading(s). If Plaintiff wishes to continue with the case, it is necessary that Plaintiff respond in an appropriate fashion. Plaintiff may wish to respond with counter-affidavits or other additional evidence as outlined above. <u>However, if Plaintiff does not file some response within the twenty-one (21) day period, the Court may dismiss the case for failure to prosecute</u>.

Issued and mailed this 9th day of September, 2019.

                                            **JULIA C. DUDLEY, CLERK**

                                By:    s/F.Coleman
                                             Deputy Clerk