UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL VL RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE |
| vs. ) | Civil Action No. 6:18CV00061 |
| ) | |
| UNITED STATES OF AMERICA, ET AL., ) | |
| ) | |
| Defendant. ) | |

To: CRYSTAL VL RIVERS

Rule 4(m) of the Federal Rules of Civil Procedure states "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(l) or to service of a notice under Rule 71.1(d)(3)(A)."

Pursuant to that rule, you are hereby given notice that the Court's record reflects that your Second Amended Complaint was filed on July 2, 2019, and as of this date, service has not been executed on the below listed defendants:

> Virginia State Police
> Bedford County Virginia
> City of Lynchburg Virginia
> Bill Talbott
> Virginia State Corporation Commission
> E. Joseph Face, Jr.
> Select Bank
> J. Michael Thomas
> Kelly Potter
> Union Bankshares Corporation
> Union Bank and Trust
> S & R Farm LLC
> Albermarle County
> State Corporation Commission
> Bureau of Financial Institutions
> Robert Beach
> Branch Banking and Trust Company of Virginia

You have until September 30, 2019 to notify the Clerk of this Court that service has been accomplished on said defendants. Otherwise, the named defendants will be dismissed from the suit without prejudice by Order of this Court.

                                          JULIA C. DUDLEY, CLERK

                                          By:    s/F.Coleman
                                                      Deputy Clerk