IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL V. L. RIVERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:18-cv-00061 |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS OF DEFENDANT MARK LOFTIS

COMES NOW defendant Mark Loftis, by counsel, and moves the Court to dismiss the plaintiff's Second Amended Complaint and to enter judgment in his favor as to plaintiff's claims. The grounds in support of this motion are set forth in detail in the Brief in Support of Motion to Dismiss which is being filed herewith.

RESPECTFULLY SUBMITTED,

MARK LOFTIS

By: */s/-Erin B. Ashwell*
Of Counsel

Erin B. Ashwell, Esq. (VSB No. 79538)
eashwell@woodsrogers.com
WOODS ROGERS PLC
Wells Fargo Tower, Suite 1400
10 South Jefferson Street
P.O. Box 14125
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600/ Facsimile: (540) 983-7711

*Counsel for Mark Loftis*

## **CERTIFICATE OF SERVICE**

I certify that on September 24, 2019 a copy of the foregoing was served on counsel of record via the CM/ECF system and that on September 25, 2019, a copy was served via United States mail on Crystal Rivers at P.O. Box 1182, Forest, VA 24551.

                                                                        */s/-Erin B. Ashwell*

WOODS ROGERS PLC
ATTORNEYS AT LAW