CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/12/2019
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL VL RIVERS, | ) |
| Plaintiff | ) |
| v. | ) Case No.: 6:18-cv-061 |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

ORDER

Defendants, Bedford County, Virginia, and Albemarle County, Virginia, (collectively County Defendants), by counsel, jointly move with Crystal VL Rivers, plaintiff pro se (Plaintiff), to drop the County Defendants as defendants in this action pursuant to Rule 21 of the Federal Rules of Civil Procedure. (Dkt. No. 301). The parties propose that the County Defendants be dismissed without prejudice and that the County Defendants and Plaintiff each bear their own attorney's fees and costs.

Having reviewed the joint motion and the applicable law, and finding it proper, the Court GRANTS the motion.

Accordingly, the Court does hereby ADJUGE and ORDER that:

1. The parties' joint motion (Dkt. No. 301) is hereby GRANTED;

2. Bedford County, Virginia, and Albemarle County, Virginia, are hereby dropped as parties, and the claims against them are hereby DISMISSED WITHOUT PREJUDICE; and

3. No attorney's fees or costs are awarded; the parties are to bear their own fees and costs incurred.

The Clerk shall send a copy of this Order to the parties.

Entered: December 12, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge