CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 18 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRYSTAL VL RIVERS

   Plaintiff

v.                                                        Civil Action No. 6:18-cv-00061

UNITED STATES OF AMERICA, et.al.

   Defendants

## PLAINTIFF'S RESPONSE IN OPPOSITION TO PETER AND SHERRI SACKETT MOTION TO STRIKE PLAINTIFF NOTICE/DECLARATION RESPONSE

COMES NOW, the Plaintiff, Crystal VL Rivers, Pro Se and files her Response in Opposition to Peter C. Sackett and Sherri A. Sackett, "Defendants", Motion to Strike Notice and Declaration Response to Select Bank Motion to Dismiss, and states the following:

1. Local Rule 11(c)(1) provides that the only briefs permitted without leave of court are the brief accompanying the motion, the opponent's responsive brief, and the movant's reply brief, all of which were filed by the Plaintiff on December 3, 2019 as (DE 307, 309) in response to Defendants, Select Bank and J. Michael Thomas's Motion to Dismiss and Brief (DE 287, 288).

2. The Defendants are aware that the Plaintiff received Roseboro Notice (DE 291) granting her automatic leave of the Court to respond to the Select Bank Defendants Motion to Dismiss twenty-one (21) days after the November 12, 2019 date of the Notice.

3. Both Defendants have a vested financial interest in Defendant's Select Bank. Defendant Sherri Sackett is a bank officer, share-holder and employed with Select Bank.

4. On September 19, 2019; The Defendant's filed their brief Reply (DE 159) to Plaintiff's Response in Opposition to their Motion to Dismiss and are not permitted to file opposition or briefs for another Defendant including Defendant's Select Bank and/or J. Michael Thomas.

5. Consequently, the Defendants are angry that the United States of America filed Certificate on November 12, 2019, certifying that the Special Agent Defendant's Deer and Prilliman were employed by the IRS during the time alleged in the complaint and the Scope of employment was to investigate matters resulting from the allegations in the Plaintiff's complaint. Because the allegations include the crimes committed by the Defendants and the Select Bank Defendants, the Defendants are trying to strike the Plaintiff's Notice and Declaration Response to Select Bank Defendant's Motion to Dismiss to further protect the Defendants and cover up the crimes.

WHEREFORE, the Plaintiff's aforesaid Roseboro Notice, and her Notice and Declaration (DE 307, 309) in Response to the Select Bank Defendants Motion to Dismiss (DE 287; 288) are permitted under the applicable Rules and thus should stand as filed timely. The Defendant' Motion to Strike should be denied.

Respectfully submitted, "Veritas"

Crystal VL Rivers
3831 Old Forest Rd, Suite 6
Lynchburg VA 24501
434-818-2921
riversparalegalservices@gmail.com

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been mailed or emailed to the following Defendant's on December 18, 2019 and filed with the Clerk of the United States District Court for the Western District of Virginia Lynchburg Division.

Counsel for the Defendants, IRS, FBI, Karen Deer, and Mary Lou Prilliman
310 First St, SW Rm 906, Roanoke VA 24011
US Attorney Thomas Cullen at **Sara.Winn@usdoj.gov** and **Christy.Nicklas@usdoj.gov**

Counsel for Defendants Shana Beck Lester and Serenity Acres Farm LLC
300 Enterprise Dr, Suite D, Forest VA 24551
E Albion Armfield at **albie@overstreetsloan.com**

Counsel for BBoyz LLC, Ralph Beck, S&R Farm LLC, and Mark Loftis
PO Box 14125, Roanoke VA 24038
Erin Ashwell at **eashwell@woodsrogers.com**

Counsel for Peter Sackett and Sherri Sackett
310 First St, Suite 700
G. Creasy at **GCreasy@jamlaw.net**

Counsel for Old Dominion National Bank, Kelly Potter and Mark Merrill
200 South 10th St, Suite 1600, Richmond VA 23219
Boyd McGuire at **mboyd@williamsmullen.com**

Counsel for Ted Counts Realty & Auction Co. Inc *formerly* Counts Realty Group & Auction Co
2306 Atherholt Rd, Lynchburg VA 24505
F.E. Isenhour III at **tisenhour@caskiefront.com**

Counsel for Advantage Title and Closing Co. LLC, Jennifer Richardson and Matt Farriss
PO Box 70280, Richmond VA 23255
Stanley P Wellman at **swellman@hccw.com** and M. Scott Fisher, Jr. at **sfisher@hccw.com**

Counsel for Defendants Select Bank Financial Corp, Select Bank, and J. Michael Thomas
1328 3rd St, SW Roanoke VA 24016
Eric D Chapman at **echapman@cowanperry.com**

Counsel for Margie Callahan
901 E Byrd St, Suite 950, Richmond VA 23219
Alexander S de Witt at **adewitt@freeborn.com**

Counsel for Atlantic Union Bank and Lisa Schenkel
2306 Atherholt Rd, Lynchburg VA 24501
William E Phillips at **bphillips@caskiefrost.com**

Counsel for Frank Morrison
12576 Wards Rd, Rustburg VA 24588
Thomas L Phillips Jr. at **tphillips@pmflawyers.com**

North Creek Inc aka North Creek Construction, Kelly Edmundson, and David Edmundson
595 Legacy Lakes Way, Aberdeen NC 28315

Counsel for Ronald Beach, Serene Creek Run HOA, Travis Baker, Michael Friedman, Richard Rogers, Matthew and Sarah Krycinski, Michael Bradbury, Howard Frear, William Fluker, and Seth Twery
925 Main St, Suite 300, Lynchburg VA 24505
Chad A. Mooney at **cmooney@pldrlaw.com**

Counsel for Sherwood Day
1047 Vista Park Dr, Suite D, Forest VA 24551
Richard T Gilman at **rgilman@daylawva.com**

Counsel for Bank of the James and Robert Chapman
828 Main St, 19th Floor, Lynchburg VA 24504
John W Francisco at **jfrancisco@woodsrogers.com**

_____
Crystal VL Rivers, Pro Se
3831 Old Forest Rd, Suite 6
Lynchburg VA 24501
434-818-2921
**riversparalegalservices@gmail.com**