CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/20/2019
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL VL RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:18-cv-00061 |
| UNITED STATES OF AMERICA, *et al.*, | ) By: Elizabeth K. Dillon |
| | ) United States District Judge |
| Defendants. | ) |

**ORDER**

Plaintiff Crystal VL Rivers and defendant Prescott H. Gay Sr. filed a joint motion to dismiss, as Mr. Gay is now deceased and Ms. Rivers does not wish to pursue her claims against Gay or his estate. (Dkt. No. 292.) The joint motion to dismiss (Dkt. No. 292) is GRANTED. Mr. Gay's pending motion to dismiss (Dkt. No. 93) is DISMISSED as moot. The clerk of court is directed to terminate Gay as a defendant in this case.

Also before the court is a stipulation to dismiss defendants Liberty University and Laura Wallace. (Dkt. No. 227.) Pursuant to the stipulation, the pending motion to dismiss filed by Liberty University and Ms. Wallace (Dkt. No. 57) is DISMISSED as moot. The clerk of court is directed to terminate Liberty University and Wallace as defendants in this action.

Also before the court is a stipulation to dismiss defendant City of Lynchburg. (Dkt. No. 311.) Pursuant to the stipulation, Lynchburg's pending motion to dismiss (Dkt. No. 237) is DISMISSED as moot. The clerk of court has already terminated City of Lynchburg as a defendant.

Entered: December 20, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge