CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/24/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL VL RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:18-cv-00061 |
| GARY M. BOWMAN, *et al.*, | ) By: Elizabeth K. Dillon |
| Defendants. | )     United States District Judge |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. Rivers' objections (Dkt. No. 359) are OVERRULED;

2. Judge Hoppe's February 26, 2020 R&R (Dkt. No. 346) is ACCEPTED in part and MODIFIED in part;

3. Counts 8 and 10 of the Second Amended Complaint are DISMISSED WITH PREJUDICE;

4. Defendants' motions to dismiss (Dkt. Nos. 43, 50, 61, 68) are GRANTED;

5. Defendant Frank Morrison's motion for a more definite statement (Dkt. No. 67) is DENIED as moot;

6. Rivers' motion to amend with regard to defendant Sherwood Day (Dkt. No. 128) is DENIED WITH PREJUDICE;

7. Rivers' motion to amend with regard to defendant Peter Sackett (Dkt. No. 222) is DENIED WITHOUT PREJUDICE;

8. The claims against Frank Morrison, Robert Chapman, and Sherwood Day are DISMISSED WITH PREJUDICE; and

9. The claims against Bank of the James, Peter Sackett, and Sherri Sackett are DISMISSED WITHOUT PREJUDICE.

The clerk is directed to send a copy of this order to plaintiff and to all counsel of record.

Entered: March 24, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District **Judge**