CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/30/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL VL RIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:18-cv-00061 |
| ) | |
| GARY M. BOWMAN, *et al.*, ) | By: Elizabeth K. Dillon |
| ) | United States District Judge |
| Defendants. ) | |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. Rivers' objections (Dkt. No. 378) are OVERRULED;

2. The March 9, 2020 Report & Recommendation (Dkt. No. 358) is ACCEPTED;

3. Rivers' motions for inclusion and enforcement of the Crime Victim's Rights Act (Dkt. Nos. 18, 224, 230) are DENIED;

4. Rivers' motion for limited discovery (Dkt. No. 305) is DENIED; and

5. Rivers' "Motion for Enlargement of Pages[,] Motion for Partial Summary Judgment[, and] Motion to have Plaintiff's Facts Accepted Because of the Government's Failure to Contest Any of the Facts" (Dkt. No. 340) is DENIED as moot.

The clerk is directed to send a copy of this order to plaintiff and to all counsel of record.

Entered: March 30, 2020.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge