CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/4/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL VL RIVERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 6:18-cv-00061 |
| GARY M. BOWMAN, *et al.*, | ) ) By: Elizabeth K. Dillon |
| Defendants. | ) United States District Judge ) |

**ORDER ENJOINING FURTHER FILINGS BY PLAINTIFF CRYSTAL VL RIVERS**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. Rivers is ENJOINED from filing any further pleadings, motions, or any other papers (however labeled) in this matter until further order of this court, subject to the following exceptions:

    a. any response or objection to a court order or Report and Recommendation;

    b. any response to a motion filed by another party in this case;

    c. any reply to a brief filed filed by another party in this case in opposition to a motion filed by Rivers; and

    d. any document filed in this court that is necessary to effectuate or pursue an appeal to the United States Court of Appeals for the Fourth Circuit or the United States Supreme Court[1];

2. If Rivers attempts to file any pleading, motion, or any other paper (however labeled) in this matter other than a filing that qualifies for one of the exceptions listed above, it is ORDERED

---

[1] Nothing in this order shall be construed as hindering Rivers' access to any other case or any other court, including the United States Court of Appeals.

that the Clerk shall not scan, docket, or file that pleading, motion, or paper (however labeled), but rather will place it in a file titled *In re Crystal VL Rivers*, Civil Action No. 6:18-cv-00061, which the Clerk will maintain for historical and appellate reasons; and

3. The following motions are DISMISSED WITHOUT PREJUDICE: Dkt. Nos. 502, 508, and 512.

The Clerk of Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff and opposing counsel.

Entered: December 4, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge