FILED: December 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2290
(6:18-cv-00061-EKD-JCH)

_____

CRYSTAL VL RIVERS

   Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; KAREN DEER; MARYLOU PRILLIMAN; FEDERAL BUREAU OF INVESTIGATIONS; IRS-CRIMINAL DIVISION

   Defendants - Appellees

 and

VIRGINIA STATE POLICE; BEDFORD COUNTY VIRGINIA; CITY OF LYNCHBURG VIRGINIA; BILL TALBOTT; VIRGINIA STATE CORPORATION COMMISSION; E. JOSEPH FACE, JR., Commissioner; BANK OF THE JAMES FINANCIAL GROUP, INC., a/k/a Bank of the James; ROBERT R. CHAPMAN, III; SELECT BANK FINANCIAL CORP; SELECT BANK; J. MICHAEL THOMAS; OLD DOMINION NATIONAL BANK; MARK MERRILL; KELLY POTTER; UNION BANKSHARES CORPORATION, now Atlantic Union Bankshares; UNION BANK AND TRUST, now Atlantic Union Bank; successor of and formerly StellarOne Bank, formerly Planters Bank & Trust Company of Virginia; ADVANTAGE TITLE & CLOSING LLC; JENNIFER RICHARDSON; MATT FARRIS; SHANA BECK LESTER; RALPH H. BECK; S & R FARM, LLC; BBOYZ LLC; SERENITY ACRES FARM LLC; LIBERTY UNIVERSITY, INC.; LAURA J. WALLACE; SETH TWERY, VSB #20031; LISA SCHENKEL, VSB #21521; SHERWOOD SUNDERLAND DAY, VSB #21521; FRANK W. MORRISON, VSB #07549; STEVEN R. GRANT; NORTHCREEK INC. NORTH CREEK CONSTRUCTION; DAVID EDMUNDSON; KELLY EDMUNDSON; SERENE

CREEK RUN ASSOCIATION; TRAVIS BAKER; JENNIFER BAKER; MICHAEL FRIEDMAN; LOREN FRIEDMAN; RICHARD ROGERS; BETH ROGERS; MATTHEW KRYCINSKI; SARAH KRYCINSKI; MICHAEL BRADBURY; HOWARD FREAR; BARBARA FREAR; WILLIAM FLUKER; MICHELLE FLUKER; MARGIE CALLAHAN; TED COUNTS REALTY GROUP AND AUCTION CO INC.; ALBEMARLE COUNTY; STATE CORPORATION COMMISSION; BUREAU OF FINANCIAL INSTITUTIONS; ROBERT BEACH; BRANCH BANKING & TRUST COMPANY OF VIRGINIA; MARK LOFTIS, VSB #79538; PRESCOTT H. GAY, SR., VSB #17727; SAMEER M. PATEL, M.D., VSB #65811; SHERRI SACKETT; PETER C. SACKETT

    Defendants

_____

O R D E R

_____

  Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk