CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/26/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CRYSTAL VL RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:18-cv-00061 |
| GARY M. BOWMAN, *et al.*, | ) By: Elizabeth K. Dillon |
| Defendants. | )   United States District Judge |

**ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. The objections filed by Rivers (Dkt. No. 550) are OVERRULED;

2. The Report & Recommendation (Dkt. No. 543) is ADOPTED; and

3. Rivers' motions to amend (Dkt. Nos. 261, 263, 266, 270) are DISMISSED without prejudice.

The Clerk of this Court shall forward copies of this Order and accompanying Memorandum Opinion to plaintiff and to all counsel of record.

Entered: March 26, 2021.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge