IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/9/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

| | |
|---|---|
| CRYSTAL VL RIVERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:18-cv-00061 |
| GARY M. BOWMAN, *et al.*, | ) By: Elizabeth K. Dillon |
| Defendants. | ) United States District Judge |

**ORDER AND FINAL JUDGMENT**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. Rivers' motion for reconsideration and request for scheduling order (Dkt. No. 479) is DENIED;

2. Rivers' motion for enlargement, for partial summary judgment, and to have facts accepted (Dkt. No. 482) is DENIED;

3. Rivers' supplemented motion for reconsideration (Dkt. No. 483) is DENIED;

4. Rivers' supplemented motion for leave to file a third amended complaint (Dkt. No. 485) is DENIED;

5. Rivers' motion for reconsideration (Dkt. No. 521) is DENIED;

6. Rivers' motion for reconsideration and leave to request setting aside or vacating order (Dkt. No. 537) is DENIED;

7. Rivers' motion for clarification and extension of time (Dkt. No. 538) is DENIED;

8. Rivers' motion for reconsideration and recusal (Dkt. No. 556) is DENIED;

9. Rivers' claims are DISMISSED WITH PREJUDICE;

10. The motion to direct entry of final judgment by defendants Serene Creek Run Association, Travis Baker, Jennifer Baker, Michael Friedman, Loren Friedman, Richard Rodgers, Beth Rodgers,

Matthew Krycinski, Sarah Krycinski, Michael Bradbury, Howard Frear, Barbara Frear, William Fluker, and Michelle Fluker (Dkt. No. 563) is DENIED as moot; and

      11.   This matter is STRUCK from the court's active docket.

The Clerk of this Court shall forward copies of this Order and accompanying Memorandum Opinion to plaintiff and to all counsel of record.

Entered: September 9, 2021.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge