**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 09 2021

JULIA C. DUDLEY, CLERK
BY: CAMOS
DEPUTY CLERK

**CRYSTAL VL RIVERS**
  **Plaintiff**

v.                                                    **Civil Action No. 6:18-cv-00061**

**UNITED STATES OF AMERICA, et.al.**
  **Defendants**

## NOTICE OF APPEAL

COMES NOW, the Plaintiff, Crystal VL Rivers, Pro Se, who files this Notice of Appeal

in the above styled case, hereby Appealing to the United States Court of Appeals for the Fourth

Circuit from the Court's order (DE 582) entered in this matter on the 8th day of December, 2021.

The parties to the order appealed from and the names of their attorneys are as follows:

Counsel for the United States of America Defendants, IRS, FBI, K Deer, and ML Prilliman
310 First St, SW Rm 906, Roanoke VA 24011
US Attorney Thomas Cullen at Sara.Winn@usdoj.gov

Counsel for Defendants Shana Beck Lester and Serenity Acres Farm LLC
300 Enterprise Dr, Suite D, Forest VA 24551
E Albion Armfield at albie@overstreetsloan.com

Counsel for BBoyz LLC, Ralph Beck, S&R Farm LLC, and Mark Loftis
10 South Jefferson St., Roanoke VA 24011
J. Benjamin Rottenborn at brottenborn@woodsrogers.com

Counsel for Peter Sackett and Sherri Sackett
310 First St, Suite 700
G. Creasy at GCreasy@jamlaw.net and Kathryn Poe at kpoe@jamlaw.net

Counsel for Old Dominion National Bank, Kelly Potter and Mark Merrill
200 South 10th St, Suite 1600, Richmond VA 23219
Boyd McGuire at mboyd@williamsmullen.com and
Justin Feinman at jfeinman@williamsmullen.com

1

Counsel for Ted Counts Realty & Auction Co. Inc formerly Counts Realty Group & Auction Co
2306 Atherholt Rd, Lynchburg VA 24505
F.E. Isenhour III at tisenhour@caskiefront.com and Matthew Vordermark at
mvordermark@caskiefrost.com

Counsel for Advantage Title and Closing Co. LLC, Jennifer Richardson and Matt Farriss
Stanley P Wellman at swellman@hccw.com , M. Scott Fisher, Jr. at sfisher@hccw.com
and B. Patrick O'Grady at pogrady@hccw.com
Counsel for Defendants Select Bank Financial Corp, Select Bank, and J. Michael Thomas
1328 3rd St, SW Roanoke VA 24016
Eric Chapman at  echapman@cowanperry.com  and
Doug Densmore at  ddensmore@cowanperry.com

Counsel for Margie Callahan
901 E Byrd St, Suite 950, Richmond VA 23219
Alexander S de Witt at adewitt@freeborn.com

Counsel for Atlantic Union Bank and Lisa Schenkel
2306 Atherholt Rd, Lynchburg VA 24501
William E Phillips at bphillips@caskiefrost.com

Counsel for Frank Morrison
12576 Wards Rd, Rustburg VA 24588
Thomas L Phillips Jr. at tphillips@pmflawyers.com

Counsel for Ronald Beach, Serene Creek Run HOA, Travis Baker, Michael Friedman, Richard
Rogers, Matthew and Sarah Krycinski, Michael Bradbury, Howard Frear, William Fluker, North
Creek Construction Inc., and Seth Twery
725 Church St, Lynchburg VA 24504
925 Main St, Ste. 300, Lynchburg VA 24504
Chad A. Mooney at cmooney@pldrlaw.com

Counsel for Sherwood Day
1047 Vista Park Dr, Suite D, Forest VA 24551
Richard T Gilman at rgilman@daylawva.com and
Sherwood Day at sday@daylawva.com

Counsel for Bank of the James and Robert Chapman
828 Main St, 19th Floor, Lynchburg VA 24504
John W Francisco at jfrancisco@woodsrogers.com

David and Kelly Edmundson
595 Legacy Lakes Way
Aberdeen NC 28315

Counsel for Sameer Patel
111 Hexham Dr, Suite B, Lynchburg VA 24502
Bevin R. Alexander, Jr. at bevin@bevinalexanderlaw.com

Respectfully submitted; "veritas"

Crystal VL Rivers, Pro Se
3831 Old Forest Rd, Suite 6
Lynchburg VA 24501
434-818-2921

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been mailed or emailed to the following Defendant's on November 9, 2021 and will be filed with the Clerk of the United States District Court for the Western District of Virginia Lynchburg Division.

Counsel for the United States of America Defendants, IRS, FBI, K Deer, and ML Prilliman
310 First St, SW Rm 906, Roanoke VA 24011
US Attorney Thomas Cullen at **Sara.Winn@usdoj.gov**

Counsel for Defendants Shana Beck Lester and Serenity Acres Farm LLC
300 Enterprise Dr, Suite D, Forest VA 24551
E Albion Armfield at **albie@overstreetsloan.com**

Counsel for BBoyz LLC, Ralph Beck, S&R Farm LLC, and Mark Loftis
10 South Jefferson St., Roanoke VA 24011
J. Benjamin Rottenborn at **brottenborn@woodsrogers.com**

Counsel for Peter Sackett and Sherri Sackett
310 First St, Suite 700
G. Creasy at **GCreasy@jamlaw.net**

Counsel for Old Dominion National Bank, Kelly Potter and Mark Merrill
200 South 10th St, Suite 1600, Richmond VA 23219
Boyd McGuire at **mboyd@williamsmullen.com**

Counsel for Ted Counts Realty & Auction Co. Inc *formerly* Counts Realty Group & Auction Co
2306 Atherholt Rd, Lynchburg VA 24505
F.E. Isenhour III at **tisenhour@caskiefront.com**

Counsel for Advantage Title and Closing Co. LLC, Jennifer Richardson and Matt Farriss
Stanley P Wellman at **swellman@hccw.com** , M. Scott Fisher, Jr. at **sfisher@hccw.com**
and B. Patrick O'Grady at **pogrady@hccw.com**

Counsel for Defendants Select Bank Financial Corp, Select Bank, and J. Michael Thomas
1328 3rd St, SW Roanoke VA 24016
Eric D Chapman at **echapman@cowanperry.com**

Counsel for Margie Callahan
901 E Byrd St, Suite 950, Richmond VA 23219
Alexander S de Witt at **adewitt@freeborn.com**

Counsel for Atlantic Union Bank and Lisa Schenkel

2306 Atherholt Rd, Lynchburg VA 24501
William E Phillips at **bphillips@caskiefrost.com**

Counsel for Frank Morrison
12576 Wards Rd, Rustburg VA 24588
Thomas L Phillips Jr. at **tphillips@pmflawyers.com**

Counsel for Ronald Beach, Serene Creek Run HOA, Travis Baker, Michael Friedman, Richard Rogers, Matthew and Sarah Krycinski, Michael Bradbury, Howard Frear, William Fluker, North Creek Construction Inc., and Seth Twery
925 Main St, Suite 300, Lynchburg VA 24505
Chad A. Mooney at **cmooney@pldrlaw.com**

Counsel for Sherwood Day
1047 Vista Park Dr, Suite D, Forest VA 24551
Richard T Gilman at **rgilman@daylawva.com**

Counsel for Bank of the James and Robert Chapman
828 Main St, 19th Floor, Lynchburg VA 24504
John W Francisco at **jfrancisco@woodsrogers.com**

David and Kelly Edmundson                    MAILED
595 Legacy Lakes Way
Aberdeen NC 28315

Counsel for Sameer Patel
111 Hexham Dr, Suite B, Lynchburg VA 24502
Bevin R. Alexander, Jr. at **bevin@bevinalexanderlaw.com**

Crystal VL Rivers, Pro Se
3831 Old Forest Rd, Suite 6
Lynchburg VA 24501
434-818-2921
**riversparalegalservices@gmail.co**m

5